■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. GIANZERO, Appellant. [628 NYS2d 922] —Judgment unanimously affirmed. Memorandum: County Court properly denied the motion of defendant to suppress the written statement he gave to the police investigators. We reject the contention of defendant that the loss or destruction of the rights card from which the police investigator read defendant his *Miranda* rights requires suppression of his statement. Furthermore, there is no merit to the contention of defendant that the police investigators engaged in deceptive conduct that rendered defendant's statement involuntary under CPL 60.45 *(see generally, People v Tarsia,* 50 NY2d 1, 11; *People v Abreu,* 184 AD2d 707, 708, *lv denied* 80 NY2d 972). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Attempted Murder, 2nd Degree.) Present—Denman, P. J., Green, Pine, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO R. S., Appellant. [629 NYS2d 714] —Adjudication unanimously affirmed *(see, People v Robert C. W.,* 214 AD2d 1016). (Appeal from Adjudication of Onondaga County Court, Mulroy, J.—Youthful Offender.) Present—Denman, P. J., Green, Pine, Callahan and Davis, JJ.